**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7433**

_____

ROBERT LLOYD,

Plaintiff - Appellant,

versus

EARNEST SMITH, Disciplinary Hearing Officer;
KENNETH HARRIS, Director, Classification
Committee; DONALD ASKREW, Sergeant; OFFICER
JENKINS; LIEUTENANT DAVIS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  (CA-95-114-CT-BR-5)

_____

Submitted:  April 15, 1996            Decided:  April 23, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Lloyd, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lloyd v. Smith</u>, No. CA-95-114-CT-BR-5 (E.D.N.C. Aug. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>